RECEIVED
JAN 1 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:16-00192 |
| -vs- | JUDGE DRELL |
| WOOD GROUP P S N, INC. | MAGISTRATE JUDGE HANNA |

## O R D E R

The sentencing hearing is rescheduled for February 23, 2017 at 1:30 P.M. in Lafayette, Louisiana before the undersigned.

SIGNED on this 16th day of January, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT